# In the United States Court of Federal Claims

No. 99-690C
(Filed: December 21, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

NATIONAL AUSTRALIA BANK,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court's order of October 10, 2006 is amended to reflect that the pretrial conference will be held from the courtroom on Thursday, February 1, 2007, 11:00 a.m., at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel for both parties shall appear in person.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge