**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **NATIONAL AUSTRALIA BANK LIMITED,** | |
| **Plaintiff,** | **Civil Action No. 99-690 C** |
| **v.** | **Judge Bruggink** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**PLAINTIFF NATIONAL AUSTRALIA BANK'S UNOPPOSED MOTION FOR AUTHORIZATION TO SERVE A SUBPOENA BEYOND 100 MILES FROM COURT**

Pursuant to Rule 45(b)(2), Plaintiff National Australia Bank ("NAB") respectfully requests authorization to serve a subpoena beyond 100 miles from Court to compel the attendance of the following witness at trial: James A. Meyer. Mr. Meyer is a current Government employee who lives in Kansas City, Missouri. There is good cause for requiring Mr. Meyer's presence at trial because he was the lead negotiator for the Government when the parties negotiated the Termination Agreement. The Government does not oppose this motion.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

s/Ryan Scarborough___________________
Paul Martin Wolff
Ryan T. Scarborough
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Attorneys for Plaintiff*
*National Australia Bank Limited*

DATED: January 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Plaintiff's Motion For Authorization to Serve A Subpoena Beyond 100 Miles From Court and proposed Order were served electronically this 8th day of January, 2007, upon:

Scott D. Austin, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Attention: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, DC 20530

Attorney for Defendant

s/Ryan Scarborough______________________
Ryan T. Scarborough