**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NATIONAL AUSTRALIA BANK LIMITED,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 99-690 C** |
| **v.** | ) | **Judge Bruggink** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter came before the Court upon Plaintiff National Australia Bank's unopposed Motion for Authorization to Serve A Subpoena Beyond 100 Miles From Court. Upon consideration of the unopposed motion, it is hereby:

ORDERED, that Plaintiff's motion is GRANTED.

SO ORDERED this ___ day of _____________________, 2007.

______________________________
The Honorable Eric G. Bruggink