# In the United States Court of Federal Claims

No. 99-690C
(Filed: January 9, 2007)

* * * * * * * * * * * * * * * * * * * * * *

NATIONAL AUSTRALIA BANK,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Ernest Antczak, Martin Eisenberg, Lawrence Gladchun, Stephen Lower, and Lars Viitala are required to attend trial at the National Courts Building, 717 Madison Place, N.W., Washington, DC, from February 5-9, 2007, notwithstanding distance of travel.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge