# APPENDIX A

## TERMINATION AGREEMENT SHARING PERCENTAGES

| Section | Title | Description |
|---|---|---|
| 2.4(c) | 1994 Tax Sharing | **43.75%** sharing rate used for deductible losses incurred between January 1, 1994 through September 30, 1994 and debited to the SRA during that time period. |
| 2.5(a)<br>2.5(b) | SRLY and Refund Payments | **50%** sharing rate used for federal and state SRLY NOLs (*i.e.*, losses that were recognized prior to Michigan National's acquisition of the thrift). |
| 2.5(f) | Refunds from Carryback of 1989-1991 NOLs | **25%** sharing rate used for refunds attributable to the carryback of NOLs arising between 1989-1991 and carried back to tax years ending prior to January 1, 1989. |
| 2.6(d) | Adjustments to 1989-1993 Indemnification Net Tax Benefits | **100.5%** sharing rate used if there is a permanent disallowance of a deduction related to indemnification net tax benefits. |
| 2.6(e) | 1989-1993 Subsidiary Tax Benefits | **12.16%** sharing rate used if there is a permanent disallowance of a deduction related to subsidiary tax benefits taken in years 1989-1993. |
| 2.6(f)(iii)(A) | Adjustments to 1989-1993 Other Tax Benefit Items | **50%** sharing rate used for payments by FDIC to MNC for the first $171,929,851 of decreases in Other Tax Benefit amounts. |
| 2.6(f)(iii)(B) | Adjustments to 1989-1993 Other Tax Benefit Items | **16.35%** sharing rate used for payments by FDIC to MNC for the next $14,795,029 of decreases in Other Tax Benefit amounts. |
| 2.6(f)(iii)(C) | Adjustments to 1989-1993 Other Tax Benefit Items | **18.8%** sharing rate used for payments by FDIC to MNC for the next $38,164,897 of decreases in Other Tax Benefit amounts. |
| 2.6(f)(iii)(D) | Adjustments to 1989-1993 Other Tax Benefit Items | **21.6%** sharing rate used for payments by FDIC to MNC for the next $38,164,897 of decreases in Other Tax Benefit amounts. |
| 2.6(f)(iii)(E) | Adjustments to 1989-1993 Other Tax Benefit Items | **24.85%** sharing rate used for payments by FDIC to MNC for the next $40,307,754 of decreases in Other Tax Benefit amounts. |
| 2.6(f)(iii)(F) | Adjustments to 1989-1993 Other Tax Benefit Items | **28.6%** sharing rate used for payments by FDIC to MNC for the next $23,388,600 of decreases in Other Tax Benefit amounts. |
| 2.6(f)(iii)(G) | Adjustments to 1989-1993 Other Tax Benefit Items | **20.83%** sharing rate used for payments by FDIC to MNC for the next $193,439,907 of decreases in Other Tax Benefit amounts. |
| 2.6(f)(vi) | Independence One Payment | **50%** sharing rate used for payments by MNC to FDIC if there is a permanent increase in the amount of Other Tax Benefit Items that is attributable to an action of the IRS, Congress or the FDIC. |