# OFFICIAL RECORD OF THE MEETING

# OF THE

# COMMITTEE ON LIQUIDATIONS, LOANS AND PURCHASES OF ASSETS

September 22, 1994 - 10:00 A.M.

The following persons voted on the cases:

Roger A. Hood (Deputy to the Chairman and Deputy to the Vice Chairman)
Stephen L. Ledbetter (Senior Financial Analyst, Analysis Section, Transactions and Analysis Branch, Division of Resolutions (detailed to the Chairman's Office))
Dean F. Cobos (Special Assistant to the Director (Appointive))
Thomas E. Zemke (Deputy to the Director (Comptroller of the Currency))
Walter B. Mason, Jr. (Deputy to the Director (Office of Thrift Supervision))
Carroll R. Shifflett (Associate General Counsel, Regional Affairs Section, Liquidation Branch, Legal Division)
James L. Freund (Chief, Financial and Industry Analysis Section, Research Branch, Division of Research and Statistics)
Paul M. Driscoll (Associate Director, Operations and Agreement Management Branch, Division of Resolutions)

Also present were Diane Page, E. Elizabeth Hayes, Gerald B. Stanton, Bobby L. Hughes, James A. Meyer, Leslie R. Crawford, and Kenton Fox. Mr. Cobos presided at the meeting; Ms. Hayes acted as secretary for the meeting.

Memorandum re: Authority to Prepay a FSLIC Resolution Fund Promissory Note, Resolve Disputes, and agree to an Early Termination of an Assistance Agreement with Michigan National Corporation and Independence One Bank of California, FSB, Beverly Hills, California (Formerly Beverly Hills Federal Savings Bank, Beverly Hills, California)

Recommendation: That the FDIC authorize the Acting Director, Division of Resolutions, or his designee, on behalf of the FDIC, as Manager of the FSLIC Resolution Fund, and with the concurrence of the Assistant General Counsel (Resolutions), or his/her designee, to enter into a Termination Agreement with Michigan National Corporation ("MNC") and Independence One Bank

PLAINTIFF'S EXHIBIT 15
PENGAD 800-631-6989

of California, FSB, Beverly Hills, California ("IOBC") to (i) effect the prepayment of a $348.9 million promissory note, (ii) resolve a number of contractual disputes, and (iii) effect an early termination of the Assistance Agreement dated December 31, 1988, by and between MNC, IOBC, and the former Federal Savings and Loan Insurance Corporation.

Committee Vote: Unanimously approved by the Committee pursuant to delegated authority.

[Another unrelated case has been deleted.]

E. Elizabeth Hayes

Acting Assistant Executive Secretary

September 22, 1994