**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NATIONAL AUSTRALIA BANK, LTD., Plaintiff, | ) | No. 99-690 C |
| v. | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S EXHIBIT LIST**

Pursuant to Appendix A, ¶ 16 of the Rules of the United States Court of Federal Claims, and this Court's order dated October 12, 2006, defendant, the United States, respectfully submits the attached list of exhibits to be used at trial, excluding exhibits defendant may introduce solely for purposes of impeachment.

Defendant reserves the right to amend or supplement its exhibit list due to rulings on pretrial motions by the Court, or as the result of information received through additional discovery. Defendant further reserves the right to use any and all exhibits introduced or identified by plaintiff, or exhibits introduced by either party during the upcoming trial.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

OF COUNSEL:
JEFFREY T. INFELISE
BRIAN A. MIZOGUCHI
Trial Attorneys

SCOTT D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530

Tel: (202) 616-0317
Fax: (202) 305-7643

January 11, 2007

# ATTACHMENT

**NATIONAL AUSTRALIA BANK, LTD v. UNITED STATES No. 99-690C**
**LIST OF DEFENDANT'S EXHIBITS**

| EXHIBIT | DATE | BATES | ADIIS | DESCRIPTION |
|---|---|---|---|---|
| DX 1* | 12/27/1988 | MNB035_325 - MNB035_338 | PMI009 0116 - 0129 | MEMORANDUM FROM ROBERT MYLOD TO MICHIGAN NATIONAL CORPORATION BOARD OF DIRECTORS RE: NEGOTIATIONS PERTAINING TO BEVERLY HILLS SAVINGS |
| DX 2* | 12/28/1988 | MNB099_1871 - MNB099_1875 | PMI004 1355 - 1359 | MINUTES OF THE SPECIAL TELEPHONIC MEETING OF THE MICHIGAN NATIONAL CORPORATION BOARD OF DIRECTORS |
| DX 3* | 12/31/1988 | | EMI002 1290 - 1465 | ASSISTANCE AGREEMENT AMONG FSLIC, MICHIGAN NATIONAL CORP AND BEVERLY HILLS FSB |
| DX 4* | 12/31/1989 | No Bates Numbers | | 1989 MICHIGAN NATIONAL CORP ANNUAL REPORT |
| DX 5* | 09/19/1990 | MNB050_323 - MNB050_324 | PMI001 0325 - 0326 | INTEROFFICE MEMORANDUM FROM TIMOTHY ORIANS TO LAWRENCE GLADCHUN RE: BARGAINING POINTS WITH FSLIC REGARDING TAX SHARING |
| DX 6 | 12/31/1990 | MNB080_00552 - MNB080_00636 | PMI034 0552 - 0636 | MICHIGAN NATIONAL CORPORATION 1990 ANNUAL REPORT AND FORM 10-K |
| DX 7* | 12/31/1990 | MNB118_0221 - MNB118_0224 MNB018_B219 - MNB018_B222 | PMI014 0531 - 0534 | MICHIGAN NATIONAL CORPORATION CALCULATION OF THE NET INVESTMENT ACCOUNT UNDER SECTION 1(KK) OF THE ASSISTANCE AGREEMENT |

In accordance with Appendix A, ¶16 of the Rules of the Court of Federal Claims, this exhibit list identifies with asterisks those documents Defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this exhibit list if the need arises.

**NATIONAL AUSTRALIA BANK, LTD v. UNITED STATES No. 99-690C**
**LIST OF DEFENDANT'S EXHIBITS**

| EXHIBIT | DATE | BATES | ADIIS | DESCRIPTION |
|---|---|---|---|---|
| DX 8* | 11/15/1991 | MNB118_0007 - MNB118_0009 MNB018_B005 - MNB018_B007 | PMI014 0007 - 0009 | LETTER FROM TIMOTHY J. ORIANS (MNC) TO LARS S. VIITALA (FDIC) RE: 1990 TAX BENEFITS AVAILABLE IN ACCORDANCE WITH BHFSB ASSISTANCE AGREEMENT |
| DX 9* | 12/31/1991 | MNB040_223 - MNB040_243 | PMI002 1151 - 1171 | BEVERLY HILLS BUSINESS BANK AND SUBSIDIARIES CONSOLIDATED FINANCIAL STATEMENTS FOR THE YEARS ENDED DECEMBER 31, 1991 AND 1990, AND SUPPLEMENTAL CONSOLIDATING INFORMATION FOR THE YEAR ENDED DECEMBER 31, 1991, AND INDEPENDENT AUDITOR'S REPORT |
| DX 10* | 12/31/1991 | MNB016_00146 - MNB016_00146 | PMI035 0146 - 0146 | MICHIGAN NATIONAL CORPORATION CALCULATION OF THE NET INVESTMENT ACCOUNT UNDER SECTION 1(KK) OF THE ASSISTANCE AGREEMENT |
| DX 11 | 04/28/1992 | | EMI019 0406 - 0427 | INTEROFFICE MEMORANDUM FROM E. MICHAEL MCRAE TO ANDY ANDECK RE: 1991 AUDITED FINANCIAL STATEMENTS OF BEVERLY HILLS BUSINESS BANK W/ENCLOSURE |
| DX 12* | 12/31/1992 | MNB040_198 - MNB040_222 | PMI002 1126 - 1150 | INDEPENDENCE ONE BANK CONSOLIDATED FINANCIAL STATEMENTS FOR THE YEARS ENDED DECEMBER 31, 1992 AND 1991 AND SUPPLEMENTAL CONSOLIDATING INFORMATION FOR THE YEAR ENDED DECEMBER 31, 1992, AND INDEPENDENT AUDITORS' REPORT |
| DX 13* | 01/31/1993 | MNB116_0687 - MNB116_0692 | PMI013 0699 - 0704 | BUILT IN LOSS INFORMATION |

In accordance with Appendix A, ¶16 of the Rules of the Court of Federal Claims, this exhibit list identifies with asterisks those documents Defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this exhibit list if the need arises.

**NATIONAL AUSTRALIA BANK, LTD v. UNITED STATES No. 99-690C**
**LIST OF DEFENDANT'S EXHIBITS**

| EXHIBIT | DATE | BATES | ADIIS | DESCRIPTION |
|---|---|---|---|---|
| DX 14* | 12/31/1993 | MNB040_169 - MNB040_196 | PMI002 1097 - 1124 | INDEPENDENCE ONE BANK CONSOLIDATED FINANCIAL STATEMENTS FOR THE YEARS ENDED DECEMBER 31, 1993 AND 1992, AND SUPPLEMENTAL CONSOLIDATING INFORMATION FOR THE YEAR ENDED DECEMBER 31, 1993, AND INDEPENDENT AUDITORS' REPORT |
| DX 15 | 02/25/1994 | | EMI016 0291 - 0314 | DISPUTE RESOLUTION AND EARLY TERMINATION BRIEFING FOR INDEPENDENCE ONE BANK OF CALIFORNIA FSB |
| DX 16 | 04/04/1994 | MNB047_01342 - MNB047_01343 | PMI074 1342 - 1343 | FACSIMILE FROM ERNEST J. ANTCZAK TO JAMES MEYER AND KENTON FOX RE: NET INVESTMENT ACCOUNT ANALYSIS PER DISCUSSION |
| DX 17* | 06/09/1994 | MNB047_0758 - MNB047_0761 | PMI002 1993 - 1996 | FACSIMILE FROM ERNEST ANTCZAK TO BROCK PLUMB RE: REVISIONS TO BACKGROUND AND OVERVIEW OF THE PROPOSAL TO TERMINATE THE ASSISTANCE AGREEMENT |
| DX 18* | 07/20/1994 | MNB047_01292 - MNB047_01294 | PMI074 1292 - 1294 | FACSIMILE FROM ERNEST ANTCZAK TO JAMES MEYER RE: OPEN ISSUES LISTING BETWEEN MNC AND FDIC REGARDING TERMINATION OF THE ASSISTANCE AGREEMENT |
| DX 19* | 07/20/1994 | | CMI021 0025 - 0027 | FACSIMILE FROM ERNEST ANTCZAK TO JIM MEYER RE: OPEN ISSUES LISTING BETWEEN MNC AND THE FDIC REGARDING TERMINATION OF THE DECEMBER 31, 1988 ASSISTANCE AGREEMENT WITH MARGINALIA |

In accordance with Appendix A, ¶16 of the Rules of the Court of Federal Claims, this exhibit list identifies with asterisks those documents Defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this exhibit list if the need arises.

**NATIONAL AUSTRALIA BANK, LTD v. UNITED STATES No. 99-690C**
**LIST OF DEFENDANT'S EXHIBITS**

| EXHIBIT | DATE | BATES | ADIIS | DESCRIPTION |
|---|---|---|---|---|
| DX 20* | 08/03/1994 | | EMI016 0215 - 0234 | DISPUTE RESOLUTION AND EARLY TERMINATION BRIEFING FOR INDEPENDENCE ONE BANK OF CALIFORNIA FSB |
| DX 21* | 08/10/1994 | MNB047_0652 - MNB047_0658 | PMI002 1888 - 1894 | MEMORANDUM FROM ERNEST J. ANTCZAK TO JOSEPH WHITESIDE, LAWRENCE GLADCHUN AND BROCK PLUMB (D&T) RE: DRAFT OF THE BODY OF A LETTER TO THE SEC REGARDING FDIC PROPOSED TRANSACTION |
| DX 22* | 08/17/1994 | MNB047_0644 - MNB047_0651 | PMI002 1880 - 1887 | LETTER FROM JOSEPH WHITESIDE TO WALTER SCHUETZE, SEC RE: ACCOUNTING TREATMENT FOR THE PROPOSED EARLY TERMINATION |
| DX 23* | 09/01/1994 | MNB100_0097 - MNB100_0165 | PMI007 0780 - 0848 | LETTER FROM JAMES A. MEYER TO ERNEST J. ANTCZAK RE: PRELIMINARY DRAFT OF A PROPOSED TERMINATION AGREEMENT |
| DX 24* | 09/08/1994 | MNB100_00348 - MNB100_00355 MNBA&P001_0349 - MNBA&P001_0356 | PMI088 0348 - 0355 | FDIC NEGOTIATIONS: OPEN ITEMS LIST |
| DX 25* | 09/08/1994 | MNB047_01924 - MNB047_01926 | PMI074 1924 - 1926 | ANNOTATED AGENDA CONCERNING AMTNOL INTEREST PAYMENT AND TAX SHARING |
| DX 26* | 09/08/1994 | MNB100_00339 - MNB100_00347 MNBA&P001_0340 - MNBA&P001_0348 | PMI088 0339 - 0347 | HANDWRITTEN NOTES RE: MEETING AT FDIC |

In accordance with Appendix A, ¶16 of the Rules of the Court of Federal Claims, this exhibit list identifies with asterisks those documents Defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this exhibit list if the need arises.

**NATIONAL AUSTRALIA BANK, LTD v. UNITED STATES No. 99-690C**
**LIST OF DEFENDANT'S EXHIBITS**

| EXHIBIT | DATE | BATES | ADIIS | DESCRIPTION |
|---|---|---|---|---|
| DX 27* | 09/09/1994 | MNB100_00265 - MNB100_00268 MNBA&P001_0266 - MNBA&P001_0269 | PMI088 0265 - 0268 | HANDWRITTEN NOTES OF MEETING AT FDIC CONCERNING TERMINATION AGREEMENT NEGOTIATIONS |
| DX 28 | 09/10/1994 | MNB047_0515 - MNB047_0557 | PMI002 1751 - 1793 | DRAFT TERMINATION AGREEMENT |
| DX 29 | 09/10/1994 | MNB102_00582 - MNB102_00643 MNBA&P003_0582 - MNBA&P003_0643 | PMI085 0581 - 0642 | DRAFT TERMINATION AGREEMENT |
| DX 30 | 09/14/1994 | MNB047_00635 - MNB047_00687 | PMI074 0635 - 0687 | DRAFT TERMINATION AGREEMENT |
| DX 31 | 09/14/1994 | MNB102_00466 - MNB102_00513 MNBA&P003_0466 - MNBA&P003_0513 | PMI085 0465 - 0512 | DRAFT TERMINATION AGREEMENT W/MARGINALIA |
| DX 32 | 09/14/1994 | MNB102_00414 - MNB102_00465 MNBA&P003_0414 - MNBA&P003_0465 | PMI085 0413 - 0464 | DRAFT TERMINATION AGREEMENT |
| DX 33 | 09/15/1994 | MNB102_00321 - MNB102_00385 MNBA&P003_0321 - MNBA&P003_0385 | PMI085 0320 - 0384 | DRAFT TERMINATION AGREEMENT |

In accordance with Appendix A, ¶16 of the Rules of the Court of Federal Claims, this exhibit list identifies with asterisks those documents Defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this exhibit list if the need arises.

**NATIONAL AUSTRALIA BANK, LTD v. UNITED STATES No. 99-690C**
**LIST OF DEFENDANT'S EXHIBITS**

| EXHIBIT | DATE | BATES | ADIIS | DESCRIPTION |
|---|---|---|---|---|
| DX 34 | 09/15/1994 | MNB102_00234 - MNB102_00303 MNBA&P003_0234 - MNBA&P003_0303 | PMI085 0234 - 0303 | DRAFT TERMINATION AGREEMENT WITH HANDWRITTEN NOTES PM VERSION |
| DX 35 | 09/15/1994 | MNB102_00071 - MNB102_00154 MNBA&P003_0071 - MNBA&P003_0154 | PMI085 0071 - 0154 | DRAFT TERMINATION AGREEMENT(AM) |
| DX 36 | 09/16/1994 | MNB047_00951 - MNB047_01025 | PMI074 0951 - 1025 | DRAFT TERMINATION AGREEMENT |
| DX 37 | 09/16/1994 | MNB100_0010 - MNB100_0080 | PMI007 0691 - 0761 | MEMORANDUM FROM ERNIE ANTCZAK AND TOM DWYER TO LESLIE CRAWFORD AND JANET NORCUM RE: 1993 MNC TAX RETURN AND DRAFT TERMINATION AGREEMENT (ENCLOSURE) |
| DX 38* | 09/20/1994 | | EMI006 0102 - 0128 | MEMORANDUM FROM JAMES MEYER TO COMMITTEE ON LOANS, LIQUIDATIONS AND PURCHASES OF ASSETS THROUGH ROBERT HARTHEIMER RE: AUTHORITY TO PREPAY A FSLIC RESOLUTION FUND PROMISSORY NOTE, RESOLVE DISPUTES, AND AGREE TO AN EARLY TERMINATION OF AN ASSISTANCE AGREEMENT |
| DX 39* | 09/21/1994 | MNB102_02482 - MNB102_02484 MNBA&P003_2481 - MNBA&P003_2483 | PMI086 1027 - 1029 | MEMORANDUM FROM MEL GARBOW TO TOM DWYER RE: DISCUSSION DRAFT OF A NEW SECTION 8.4 |

In accordance with Appendix A, ¶16 of the Rules of the Court of Federal Claims, this exhibit list identifies with asterisks those documents Defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this exhibit list if the need arises.

**NATIONAL AUSTRALIA BANK, LTD v. UNITED STATES No. 99-690C**
**LIST OF DEFENDANT'S EXHIBITS**

| EXHIBIT | DATE | BATES | ADIIS | DESCRIPTION |
|---|---|---|---|---|
| DX 40 | 09/27/1994 | MNB102_02375 - MNB102_02468 MNBA&P003_2374 - MNBA&P003_2467 | PMI086 0920 - 1013 | FACSIMILE FROM TOM DWYER TO TIM ORIANS WITH ATTACHED DRAFT TERMINATION AGREEMENT |
| DX 41* | 09/28/1994 | MNB102_04571 - MNB102_04650 MNBA&P003_4554 - MNBA&P003_4633 | PMI087 0960 - 1039 | DRAFT TERMINATION AGREEMENT W/MARGINALIA |
| DX 42* | 09/29/1994 | MNB047_01831 - MNB047_01900 | PMI074 1831 - 1900 | DRAFT TERMINATION AGREEMENT |
| DX 43* | 09/29/1994 | MNB102_04501 - MNB102_04570 MNBA&P003_4484 - MNBA&P003_4553 | PMI087 0890 - 0959 | DRAFT TERMINATION AGREEMENT W/MARGINALIA |
| DX 44 | 12/31/1994 | No Bates Numbers | | SEC FORM 10-K - MICHIGAN NATIONAL CORPORATION |
| DX 45 | 10/02/2000 | No Bates Numbers | | LETTER FROM ERNEST ANTCZAK TO ANGELA HAMMOND RE: ENCLOSED SECTION 2.8 REPORT FOR CALENDAR YEAR 1999 |
| DX 46* | 03/21/2001 | BE 0046 - BE 0057 | MI2001 0033 - 0044 | KPMG CONSULTING REPORT: VALUATION OF RECOVERY ASSET |

In accordance with Appendix A, ¶16 of the Rules of the Court of Federal Claims, this exhibit list identifies with asterisks those documents Defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this exhibit list if the need arises.

**NATIONAL AUSTRALIA BANK, LTD v. UNITED STATES No. 99-690C**
**LIST OF DEFENDANT'S EXHIBITS**

| EXHIBIT | DATE | BATES | ADIIS | DESCRIPTION |
|---|---|---|---|---|
| DX 47* | 03/21/2001 | BE 0361 - BE 0369 | MI2002 0073 - 0081 | MICHIGAN NATIONAL CORPORATION VALUATION OF RECOVERY ASSET DRAFT REPORT BY KPMG CONSULTING, INC. |
| DX 48* | 03/22/2001 | LAS_0007 - LAS_0009 | PMI093 0007 - 0009 | LETTER FROM SULLIVAN & CROMWELL TO DAVID J. ROGERS (OCC) RE: MICHIGAN NATIONAL BANK - REQUEST FOR APPROVAL OF DIVIDEND-IN-KIND |
| DX 49* | 03/23/2001 | BE 0039 - BE 0043 | MI2001 0028 - 0032 | FACSIMILE FROM ERNEST ANTCZAK TO HUGH CONROY, STEVE HARRIS, JOHN COMITO RE: SUPPORTING SCHEDULES FOR THE LITIGATION CLAIM |
| DX 50* | 03/26/2001 | LAS_0001 - LAS_0009 LAS_0011 - LAS_0022 | PMI093 0001 - 0021 | LETTER FROM LAURA N. NIEBER (MNC) TO DAVID J. ROGERS (OCC) RE: NOTIFICATION OF PAYMENT OF DIVIDEND IN KIND BY MICHIGAN NATIONAL BANK, FARMINGTON HILLS, MICHIGAN -- OCC CONTROL NUMBER: 01-CE-12-046 W/ENCLOSURES |
| DX 51* | 03/26/2001 | LAS_0004 - LAS_0006 LAS_0011 - LAS_0022 | PMI093 0004 - 0006 PMI093 0010 - 0021 | LETTER FROM HUGH C. CONROY, JR. (SULLIVAN & CROMWELL) TO DAVID J. ROGERS (OCC) RE: MICHIGAN NATIONAL BANK - ADDITIONAL INFORMATION REGARDING REQUEST FOR APPROVAL OF DIVIDEND-IN-KIND W/EXHIBIT |
| DX 52* | 03/28/2001 | LAS_0003 - LAS_0003 | PMI093 0003 - 0003 | LETTER FROM DAVID J. ROGERS (OCC) TO HUGH C. CONROY, JR. (SULLIVAN & CROMWELL) RE: APPROVAL REQUEST FOR A DIVIDEND IN KIND BY MICHIGAN NATIONAL BANK, FARMINGTON HILLS, MICHIGAN -- OCC CONTROL NUMBER: 01-CE-12-046 |

In accordance with Appendix A, ¶16 of the Rules of the Court of Federal Claims, this exhibit list identifies with asterisks those documents Defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this exhibit list if the need arises.

**NATIONAL AUSTRALIA BANK, LTD v. UNITED STATES No. 99-690C**
**LIST OF DEFENDANT'S EXHIBITS**

| EXHIBIT | DATE | BATES | ADIIS | DESCRIPTION |
|---|---|---|---|---|
| DX 53* | 03/31/2001 | MNB103_3209 - MNB103_3218 | PMI094 0001 - 0010 | AMENDED U.S. CORPORATION INCOME TAX RETURN IRS FORM 1120X |
| DX 54* | 12/31/2001 | MNB103_3041 - MNB103_3208 | | IRS FORM 1120 FOR YEAR ENDING 2001 |
| DX 55* | 08/01/2003 | No Bates Numbers | | EXPERT WITNESS REPORT OF S.T.R. REVELL, III |
| DX 56 | 02/06/2004 | No Bates Numbers | | DECLARATION OF RICKEY MANIKOWSKI |
| DX 57 | 02/20/2004 | | EMI042 0129 - 0155 | DECLARATION OF STEPHAN LOWER |
| DX 58 | 02/25/2004 | | EMI006 0102 - 0125 | DECLARATION OF JAMES A. MEYER |
| DX 59 | 05/26/2004 | 025250 - 025365<br>MNB018_B005 - MNB018_B008<br>MI FDIC 001 - MI FDIC 044 | FMI001 0001 - 0088<br>MI1001 0002 - 0118<br>FMI002 0001 - 0044 | DECLARATION OF LARS S. VIITALA W/ATTACHMENTS |
| DX 60* | XX/XX/XXXX | No Bates Numbers | | AFFIDAVIT OF MARTIN EISENBERG |
| DX 61* | XX/XX/XXXX | MNB047_01727 - MNB047_01734 | PMI074 1727 - 1734 | OPEN ISSUES LISTING BETWEEN MNC AND THE FDIC REGARDING TERMINATION OF THE DECEMBER 31, 1988 ASSISTANCE AGREEMENT |
| DX 62 | XX/XX/XXXX | MNB047_01439 - MNB047_01448 | PMI074 1439 - 1448 | MNC PRE-ACQUISITION NOL'S AND COMPUTATION OF FUTURE VALUE OF FDIC TAX BENEFITS |

In accordance with Appendix A, ¶16 of the Rules of the Court of Federal Claims, this exhibit list identifies with asterisks those documents Defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this exhibit list if the need arises.

**NATIONAL AUSTRALIA BANK, LTD v. UNITED STATES No. 99-690C**
**LIST OF DEFENDANT'S EXHIBITS**

| EXHIBIT | DATE | BATES | ADIIS | DESCRIPTION |
|---|---|---|---|---|
| DX 63* | XX/XX/XXXX | MNB047_01927 - MNB047_01929 | PMI074 1927 - 1929 | BUSINESS ISSUES REGARDING TERMINATION OF ASSISTANCE AGREEMENT |
| DX 64 | 09/19/2002 | No Bates Number | | DEPOSITION TRANSCRIPT OF ERNEST ANTCZAK |
| DX 65 | 08/22/2003 | No Bates Number | | DEPOSITION TRANSCRIPT OF ERNEST ANTCZAK |
| DX 66 | 04/15/2004 | No Bates Number | | DEPOSITION TRANSCRIPT OF ERNEST ANTCZAK |
| DX 67 | 12/11/2006 | No Bates Number | | DEPOSITION TRANSCRIPT OF ERNEST ANTCZAK |
| DX 68 | 09/06/2002 | No Bates Number | | DEPOSITION TRANSCRIPT OF LAWRENCE GLADCHUN |
| DX 69 | 11/28/2006 | No Bates Number | | DEPOSITION TRANSCRIPT OF LAWRENCE GLADCHUN |
| DX 70 | 04/15/2004 | No Bates Number | | DEPOSITION TRANSCRIPT OF MARTIN EISENBERG |

In accordance with Appendix A, ¶16 of the Rules of the Court of Federal Claims, this exhibit list identifies with asterisks those documents Defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this exhibit list if the need arises.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2007, a copy of the foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott D. Austin
Scott D. Austin