**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NATIONAL AUSTRALIA BANK, LTD., Plaintiff, | ) | No. 99-690 C |
| v. | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to paragraph 15 of Appendix A to the Rules of the United States Court of Federal Claims, and this Court's order dated October 12, 2006, defendant, the United States, respectfully submits the following list of witnesses it expects to or may call at trial, with the exception of those witnesses that may be called solely for impeachment or rebuttal purposes. In addition to the topics listed below, each of the witnesses may also testify regarding any topics that were the subjects of his or her prior testimony, including any affidavits and depositions, and regarding documents presented at trial, and in rebuttal of the testimony offered by National Australia Bank, Ltd. ("plaintiff" or "NAB") at trial.

The United States expects to call the following witnesses at trial:

1. **Ernest Antczak**
Oakland, Michigan

Mr. Antczak was Michigan National Corporation's Director of Corporate Taxes. He is expected to testify with respect to the negotiation of and agreement to share tax benefits in this matter, including but not limited to, facts concerning the parties' intention to enter, authorization, execution, and administration of, an agreement settling and terminating tax benefits in this

matter, and plaintiff's tax reporting and tax compliance requirements. He is also expected to testify concerning plaintiff's valuation of its dividend-in-kind pertinent to this litigation.

Estimated time for direct examination: 2 hours.

2. **Stephan Lower**
Reno, Nevada

Stephan Lower is a tax accountant. He formerly served in the position of Chief, Federal Savings and Loan Insurance Corporation ("FSLIC") Resolution Fund ("FRF") Tax Unit, at the FDIC. He also served formerly as a tax auditor for the United States Internal Revenue Service ("IRS"). He is expected to testify with respect to the negotiation of and agreement to share tax benefits in this matter, including but not limited to, facts concerning the parties' intention to enter, authorization, execution, and administration of, an agreement settling and terminating tax benefits in this matter, and to respond to statements and opinions expressed by plaintiff's witnesses.

Estimated time for direct examination: 1 hour.

3. **James Meyer**
Kansas City, Missouri

James Meyer is an Assistant Director in the Federal Deposit Insurance Corporation ("FDIC")'s Division of Resolutions and Receiverships. He formerly served as a Senior Resolutions Specialist with the FDIC's Division of Resolutions. He is expected to testify with respect to the negotiation of and agreement to share tax benefits in this matter, including but not limited to, facts concerning the parties' intention to enter, authorization, execution, and administration of, an agreement settling and terminating tax benefits in this matter, and to respond to statements and opinions expressed by plaintiff's witnesses.

Estimated time for direct examination: 2 hours.

4. **Lars S. Viitala**
Harrison, Me. 04040

Lars Viitala is a Certified Public Accountant. He formerly served in the position of Senior Tax Accountant for the FDIC Division of Resolutions and Receiverships. He is expected to testify with respect to the negotiation of and agreement to share tax benefits in this matter, including but not limited to, facts concerning the parties' intention to enter, negotiation, authorization, execution, and administration of, an agreement settling and terminating tax benefits in this matter, and to respond to statements and opinions expressed by plaintiff's witnesses. He is also expected to testify concerning the mechanics and application of the assistance and termination agreements, including, but not limited to, calculations, negotiations, and agreements reached in connection with the termination agreement.

Estimated time for direct examination: 3-4 hours.

The United States may call the following witnesses at trial:

5. **Martin Eisenberg**
Chicago, Il. 60603

Martin Eisenberg is a Tax Director responsible for the tax returns and compliance of LaSalle Bank Corporation, a successor to and acquirer of, Michigan National Corporation. He is expected to testify with respect to Michigan National's past practices with respect to tax reporting, including tax benefit sharing, and its tax compliance requirements.

Estimated time for direct examination: .5 hours.

6. **Lawrence Gladchun**
Bloomfield, MI

Mr. Gladchun was Michigan National Corporation's General Counsel and Secretary. He is expected to testify with respect to the negotiation of and agreement to share tax benefits in this matter, including but not limited to, facts concerning the parties' intention to enter, authorization, execution, and administration of, an agreement settling and terminating tax benefits in this matter, and plaintiff's tax reporting and tax compliance requirements.

Estimated time for direct examination: 1 hour.

7. **Rickey Manikowski**
Detroit, MI

Rickey Manikowski is an IRS Senior Team Coordinator, responsible for Large and Mid-Size Business tax examinations. He was responsible for examining Michigan National Corporation tax returns and compliance. He is expected to testify with respect to Michigan National's past practices and statements relating to tax benefit sharing and its tax reporting and tax compliance requirements, and to respond to statements and opinions expressed by plaintiff's witnesses.

Estimated time for direct examination: .5 hours.

Defendant reserves the right to call in its case-in-chief any witnesses listed on plaintiff's witness list. We also reserve the right to call any witness identified by the plaintiffs in their witness list that may later be withdrawn before trial.

Defendant also reserves the right to call any rebuttal witnesses and any witness necessary to lay the foundation for the admissibility of trial exhibits if plaintiff does not stipulate to the

admissibility of those exhibits. Should any witness be unable to testify in person due to some infirmity or otherwise, we reserve the right to seek the Court's permission for leave to present that individual's testimony at trial, where appropriate, by video-teleconferencing, or, alternatively, where warranted, by the introduction of deposition testimony in accordance with the Court's rules and procedural orders.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

SCOTT D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530

Tel: (202) 616-0317
Fax: (202) 305-7643

OF COUNSEL:
JEFFREY T. INFELISE
BRIAN A. MIZOGUCHI
Trial Attorneys

January 11, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2007, a copy of the foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott D. Austin
Scott D. Austin