IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NATIONAL AUSTRALIA BANK LIMITED,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Civil Action No. 99-690 C<br>Judge Bruggink |

**JOINT CERTIFICATION OF COUNSEL**

Pursuant to Appendix A, paragraph 13(d), of the Rules of the Court of Federal Claims ("RCFC"), counsel for the parties hereby certify that a Meeting of Counsel was held on January 11, 2007, which accomplished all matters required by RCFC Appendix A, paragraph 13.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

Paul Martin Wolff
Ryan T. Scarborough
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Attorneys for Plaintiff*
*National Australia Bank Limited*

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

/s Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

/s Scott D. Austin
SCOTT D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530

Tel: (202) 616-0317

Attorneys for Defendant

OF COUNSEL:
JEFFREY T. INFELISE
BRIAN A. MIZOGUCHI
Trial Attorneys

January 12, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2007, a copy of the foregoing "JOINT CERTIFICATION OF COUNSEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott D. Austin
Scott D. Austin