IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NATIONAL AUSTRALIA BANK LTD., Plaintiff, | Civil Action No. 99-690 C |
| v. | Judge Bruggink |
| THE UNITED STATES, Defendant. | |

**PLAINTIFF NATIONAL AUSTRALIA BANK'S EXHIBIT LIST**

Pursuant to this Court's Order dated October 10, 2006 and Appendix A to the Rules of the United States Court of Federal Claims, plaintiff National Australia Bank Ltd. ("NAB") respectfully provides the following exhibit list. NAB reserves the right to supplement this list in response to the Government's exhibit list and to use any exhibits identified by the Government on its exhibit list.

| Exhibit | DocDate | BatesRange | TitleDescription |
|---|---|---|---|
| 1 | 9/16/1994 | MNB100_0012 - 0078 | Draft Termination Agreement |
| 2 | 9/20/1994 | CMI054 0072 - 0095 | Memo from J. Meyer to Committee on Loans, Liquidations and Purchases of Assets |
| 3 | 9/28/1994 | MNB047_A608 - A687 | Draft Termination Agreement |
| 4 | 9/29/1994 | FMI001 0001 - 0088 | Termination Agreement - Final Executed Version |
| 5 | 2/25/2004 | No bates | Declaration of James A. Meyer |
| 6 | 2/20/2004 | No bates | Declaration of Stephan Lower |
| 7 | 5/26/2004 | No bates | Declaration of Lars S. Viitala |
| 8 | 12/31/1988 | FMI001 0089 - 0230 | Assistance Agreement |
| 9 | 6/17/1994 | MNB047_C125 - C126 | Summary of MNC's June 17, 1994 Proposal to the FDIC Regarding Termination of Assistance Agreement |

| | | | |
|---|---|---|---|
| 10 | 7/11/1994 | MNB047_C127 - C129 | FDIC's Response to MNC's June 17, 1994 Proposal to Terminate the Assistance Agreement |
| 11 | 7/14/1994 | CMI021 0028 - 0040 | Letter from E. Antczak to J. Meyer attaching MNC's Response to the FDIC's July 11, 1994 Proposal to Terminate the Assistance Agreement |
| 12 | 9/1/1994 | MNB102_0001 - 0069 | Draft Termination Agreement |
| 13 | 9/8/1994 | MNB100_00269 - 00338 | Draft Termination Agreement |
| 14 | 9/15/1994 | No bates | Draft Termination Agreement |
| 15 | 9/22/1994 | CMI054 0069 - 0070 | Official Record of the Meeting of the Committee on Liquidations, Loans and Purchases of Assets |
| 16 | 9/29/1994 | MNB047_A529 - A607 | Draft Termination Agreement |

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

s/Ryan Scarborough____________________
Paul Martin Wolff
Ryan T. Scarborough
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Attorneys for Plaintiff*
*National Australia Bank Ltd.*

December 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Plaintiff National Australia Bank's Exhibit List were served by hand this 28th day of December, 2006, upon:

Scott D. Austin, Esq.
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., Room 7044
Washington, DC 20530

Attorney for Defendant

s/Ryan Scarborough____________________
Ryan T. Scarborough