**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **NATIONAL AUSTRALIA BANK LTD.,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant.** | **Civil Action No. 99-690 C**<br>**Judge Bruggink** |

**PLAINTIFF NATIONAL AUSTRALIA BANK'S WITNESS LIST**

Pursuant to this Court's Order dated October 10, 2006 and Appendix A to the Rules of the United States Court of Federal Claims, plaintiff National Australia Bank Ltd. ("NAB") respectfully lists the following witnesses it intends to call at trial. Each of the following witnesses is expected to testify with respect to the Termination Agreement, including facts concerning the parties' negotiation of that agreement. The witnesses may also testify regarding topics that are the subjects of their prior testimony.

**Witnesses NAB Intends to Call at Trial**

1. James A. Meyer
2. Lawrence L. Gladchun

**Witnesses NAB May Call at Trial**

1. Ernest J. Antczak
2. Stephan J. Lower
3. Lars A. Viitala

NAB reserves the right to call any witness identified on the Government's preliminary or final witness lists. NAB also reserves the right to call witnesses for impeachment or rebuttal purposes. Finally, NAB reserves the right to call custodians of records or other witnesses necessary to authenticate or otherwise lay the foundation for admission of any evidence identified for trial purposes.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

s/Ryan Scarborough_____________________
Paul Martin Wolff
Ryan T. Scarborough
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Attorneys for Plaintiff*
*National Australia Bank Ltd.*

December 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Plaintiff National Australia Bank's Witness List were served by hand this 28th day of December, 2006, upon:

Scott D. Austin, Esq.
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., Room 7044
Washington, DC 20530

Attorney for Defendant

s/Ryan Scarborough____________________
Ryan T. Scarborough