**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| NATIONAL AUSTRALIA BANK, LTD., Plaintiff, | No. 99-690 C |
| v. | (Senior Judge Bruggink) |
| THE UNITED STATES, Defendant. | |

**<u>JOINT STIPULATION OF FACT REGARDING MARTIN EISENBERG</u>**

The parties hereby stipulate and agree as follows:

1. Martin Eisenberg is the Group Senior Vice President and Tax Director at LaSalle Bank Corporation, 135 South LaSalle Street, Suite 860, C135-860, Chicago, IL 60603.

2. LaSalle Bank Corporation ("LaSalle") is the successor in interest to ABN AMRO North America, Inc ("ABN AMRO"). ABN AMRO acquired Michigan National Corporation ("MNC") in 2001.

3. In his capacity as Tax Director, Mr. Eisenberg signs all income tax returns filed by LaSalle, ABN AMRO, and/or its affiliates and is ultimately responsible for the accuracy of all of these returns.

4. To the best of Mr. Eisenberg's knowledge and belief, LaSalle, ABN AMRO, and/or its affiliates' tax returns are accurate when filed.

5. Mr. Eisenberg never bases tax returns, or amended tax returns, upon facts he believes to be inaccurate or incorrect.

6. Mr. Eisenberg signed MNC's 2001 short-period federal income tax return on April 17, 2002, in his official capacity as Tax Director. DX 54; DX 53 at MNB103_3213. This return was received by the Internal Revenue Service ("IRS") on April 18, 2002. The return contained the following statement:

> Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

7. Mr. Eisenberg signed MNC's amended 2001 short-period federal income tax return in his official capacity as Tax Director. DX 53. This return was filed with the IRS on February 3, 2004. The return contained the following statement:

> Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

8. Mr. Eisenberg relied upon Ernest Antczak when signing MNC's 2001 short-period federal income tax return, DX 54, and MNC's amended 2001 short-period federal income tax return, DX 53.

9. Ernest Antczak was MNC's Director of Corporate Taxes and was Senior Vice President of Corporate Taxes at LaSalle until May of 2006. Mr. Antczak reported directly to Mr. Eisenberg.

10. Mr. Antczak was principally responsible for preparing MNC's 2001 short-period federal income tax return, DX 54, and MNC's amended 2001 short-period federal income tax return, DX 53.

11. At the time of signing MNC's 2001 short-period federal income tax return, DX 54, and amended 2001 short-period federal income tax return, DX 53, Mr. Eisenberg believed the tax returns were as accurate as possible.

12. MNC's 2001 short-period federal income tax return, DX 54, and amended 2001 short-period federal income tax return, DX 53, included the valuation of the dividend-in-kind of the litigation rights pertaining to the present lawsuit.

13. The estimation underlying the valuation of the dividend-in-kind for these returns was prepared by Mr. Antczak. Mr. Eisenberg did not participate in the valuation of the dividend-in-kind or the underlying estimation.

14. Mr. Eisenberg has no knowledge of the Assistance Agreement and Termination Agreement at issue in this lawsuit.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

SCOTT D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530

Tel: (202) 616-0317
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:
ELIZABETH A. HOLT
BRIAN A. MIZOGUCHI
Trial Attorneys

January 30, 2007

PAUL MARTIN WOLFF
RYAN SCARBOROUGH
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5173
(202) 434-5029 (fax)

Attorneys for Plaintiff
National Australia Bank Ltd.

January 30 2007

CERTIFICATE OF FILING

I hereby certify that on this 30th day of January, 2007, a copy of the foregoing "JOINT STIPULATION OF FACT REGARDING MARTIN EISENBERG" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott D. Austin
Scott D. Austin