# In the United States Court of Federal Claims

No. 99-690C
(Filed: February 1, 2007)

* * * * * * * * * * * * * * * * * * * * * *

NATIONAL AUSTRALIA BANK,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

During the Pre-Trial Conference on February 1, 2007, the parties invoked Rule 615 of the Federal Rules of Evidence. Accordingly, the court orders the exclusion of witnesses pursuant to Rule 615, subject to the understanding (with respect to conversations with counsel and reading the trial transcript) expressed during the conference, and subject to each party's right to designate one party representative to sit at counsel's table during the trial. Opening statements shall be limited to thirty minutes.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge