# In the United States Court of Federal Claims

No. 99-690C
(Filed: February 2, 2007)

* * * * * * * * * * * * * * * * * * * * * * *

NATIONAL AUSTRALIA BANK,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

On February 2, 2007, the parties informed the court of the possibility of settlement of this action. Accordingly, the trial scheduled to begin February 5, 2007 is hereby cancelled. A telephone status conference is scheduled for February 23, 2007 at 2:00 p.m. to discuss the status of settlement negotiations.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge