# In the United States Court of Federal Claims

No. 99-690C
(Filed: February 23, 2007)

* * * * * * * * * * * * * * * * * * * * * *

NATIONAL AUSTRALIA BANK,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephone status conference is scheduled for March 8, 2007 at 11:00 a.m. to discuss the status of settlement negotiations.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge