# In the United States Court of Federal Claims

No. 99-690C
(Filed: March 8, 2007)

* * * * * * * * * * * * * * * * * * * * * *

NATIONAL AUSTRALIA BANK,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the status conference of March 8, 2007, defendant's counsel, on behalf of both parties, shall file a status report on or before April 9, 2007 in the absence of a stipulation of dismissal in the interim.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge